**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALVARO QUEZADA,<br><br>        Plaintiff,<br><br>   v.<br><br>AKABIKE, *et.al*.,<br><br>        Defendants. | Case No. 1:18-cv-00797-DAD-BAK (PC)<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS<br><br>THIRTY DAY DEADLINE |

The Court conducted a settlement conference in this action on March 7, 2022, at which the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. The parties shall file dispositional documents within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **March 7, 2022**                                                   
                                                              UNITED STATES MAGISTRATE JUDGE

1