UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO QUEZADA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AKABIKE, et al.,<br><br>　　　　　　Defendants. | Case No. 1:18-cv-00797-DAD-BAK (SAB) (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE ALVARO QUEZADA, CDCR No. P-90436 |

A settlement conference in this matter commenced on March 7, 2022. Inmate Alvaro Quezada, CDCR No. P-90436, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **March 7, 2022**　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE