UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO QUEZADA,<br><br>            Plaintiff,<br><br>     v.<br><br>AKABIKE, et al.,<br><br>            Defendants. | Case No. 1:18-cv-00797-DAD-BAK (SAB) (PC)<br><br>**ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT AKABIKE (Doc. 69)**<br><br>**ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANTS CEJA AND HARRIS (Doc. 70)** |

Plaintiff Alvaro Quezada is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983.

Following a settlement conference held March 7, 2022, before the undersigned, and pursuant to the minutes for the proceeding and the Order Following Settlement of that same date, the parties agreed to settle the matter. Dismissal documents were to be filed within 30 days. (Docs. 66, 67.)

On March 14, 2022, counsel for Defendant Akabike filed a Stipulation for Voluntary Dismissal with Prejudice. The stipulation is signed and dated by Plaintiff Alvaro Quezada and Shiran Zohar, counsel for Defendant Akabike, and indicates that each party shall bear its own costs and fees. (Doc. 69.)

//

1  On that same date, counsel for Defendants Ceja and Harris filed a Stipulation for
2  Voluntary Dismissal with Prejudice. The stipulation is signed and dated by Plaintiff Alvaro
3  Quezada and Shiran Zohar, counsel for Defendants Ceja and Harris, and indicates that each party
4  shall bear its own litigation costs and attorney's fees. (Doc. 70.)

5  Accordingly, this action is terminated by operation of law without further order from the
6  Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending
7  motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated: **March 15, 2022**

UNITED STATES MAGISTRATE JUDGE